MINUTE ENTRY
NORTH, M.J.
JANUARY 14, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARREN MOREL | CIVIL ACTION |
| VERSUS | NUMBER: 20-1449 |
| CNA GROUP LIFE ASSURANCE COMPANY, ET AL. | SECTION: "D"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING: Price McNamara    Joel Babineaux

Negotiations were successful and resulted in the settlement of Plaintiff's claims.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE WENDY B. VITTER

MJSTAR (01:00)