UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WARREN MOREL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1449** |
| **CNA LIFE INSURANCE GROUP CO., ET AL.** | **SECTION D (5)** |

### ORDER

The Court, having been advised by the parties that all of the parties to this action have firmly agreed upon a compromise and settlement of all claims;

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, January 15, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**